UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILENA MARIA SANTANA CHALAS, individually and on behalf of other similarly situated,

                    Plaintiff,

-against-

LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLO MINI MARKET & DELI CORP), ROMAN SANCHEZ, ANDRES CASTILLO, CARLOS CASTILLO, and JUAN OSORIO,

                    Defendants.

**ORDER**

19 Civ. 7406 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs initiated this action on August 8, 2019. (See Cmplt. (Dkt. No. 1)) Plaintiffs served Defendant Los Castillos Mini Market Corp. on August 12, 2019 (Dkt. No. 14), and Defendants Andres Castillo, Carlos Castillo, Juan Osorio, and Roman Sanchez on August 15, 2019. (Dkt. Nos. 15-18) Defendants have not entered an appearance in the case. It is hereby ORDERED that Plaintiff move for default judgment by **December 6, 2019**. If Plaintiff fails to do so, this Court will dismiss the case for failure to prosecute.

Dated: New York, New York
       November 8, 2019

SO ORDERED.

*Paul G. Gardephe*
———————————————
Paul G. Gardephe
United States District Judge