UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MILENA MARIA SANTANA CHALAS, *individually and on behalf of others similarly situated*,

        *Plaintiff*,            **19-cv-07406-PGG-SN**

-against-            **DEFAULT JUDGMENT**

LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLO MINI MARKET & DELI CORP), LOS CHAVALES MINI MARKET CORP. (D/B/A LOS CHAVALES MINI MARKET & DELI), ROMAN SANCHEZ, ANDRES CASTILLO, CARLOS CASTILLO, JUAN OSORIO, RAMON RODRIGUEZ, and JULIO PEREZ,

        *Defendants*.

-------------------------------------------------------------------------X

    The summons and Amended Complaint in this action having been duly served on the above-named Defendants LOS CHAVALES MINI MARKET CORP. (D/B/A LOS CHAVALES MINI MARKET & DELI), RAMON RODRIGUEZ, and JULIO PEREZ, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed Affidavit in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of by Order to Show Cause of Michael Faillace & Associates, PC, counsel for Plaintiffs, it is hereby

    ORDERED, ADJUDGED, and DECREED that Plaintiff MILENA MARIA SANTANA CHALAS, has judgment of Defendants LOS CHAVALES MINI MARKET CORP. (D/B/A LOS CHAVALES MINI MARKET & DELI) at 1601 UNIVERSITY AVENUE BRONX, NEW YORK, 10453; RAMON RODRIGUEZ at 62 Wallace Parkway, Yonkers, NY 10705; and JULIO PEREZ at 1005 Broad Street, Somerset, New Jersey 08873, in the sum of $28,525.51, the amount claimed, plus interest in the sum of $3,101.49, with $587.00 costs and disbursements, and attorney fees in the sum of $10,290.50, amount in all to the sum of $42,504.50, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution

- 2 -

therefore.

Dated: New York, New York

           _____, 2020.

                                              HONORABLE SARAH NETBURN
                                              UNITED STATES MAGISTRATE JUDGE