UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MILENA MARIA SANTANA CHALAS,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLO MINI MARKET & DELI CORP), LOS CHAVALES MINI MARKET CORP. (D/B/A LOS CHAVALES MINI MARKET & DELI), ROMAN SANCHEZ, ANDRES CASTILLO, CARLOS CASTILLO, JUAN OSORIO, RAMON RODRIGUEZ, and JULIO PEREZ,

                *Defendants.*
---------------------------------------------------------X

**Case** 1:19-cv-07406-PGG-SN

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    **Benjamin Sharav, Esq.**
         Law Office of Benjamin Sharav
         160 West End Avenue, #25k
         New York, NY 10023
         (917)-392-9887
         Email: juris_ben@msn.com

     PLEASE TAKE NOTICE that Plaintiff MILENA MARIA SANTANA CHALAS hereby accepts the offer of judgment made by LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLOS MINI MARKET & DELI CORP., ANDRES CASTILLO, and CARLOS CASTILLO pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated March 8, 2021  A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
            April 1,2021

Respectfully submitted,

/s/ Michael Faillace
_____
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200