UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILENA MARIA SANTANA CHALAS,
*individually and on behalf of others similarly situated,*

                 *Plaintiff,*

-against-

LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLO MINI MARKET & DELI CORP), LOS CHAVALES MINI MARKET CORP. (D/B/A LOS CHAVALES MINI MARKET & DELI), ROMAN SANCHEZ, ANDRES CASTILLO, CARLOS CASTILLO, JUAN OSORIO, RAMON RODRIGUEZ, and JULIO PEREZ,

                 *Defendants.*
-----------------------------------------------------------X

Case 1:19-cv-07406-PGG-SN

**JUDGMENT**

      On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MILENA MARIA SANTANA CHALAS, have judgment against Defendants LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLOS MINI MARKET & DELI CORP., ANDRES CASTILLO, and CARLOS CASTILLO (collectively "Defendants"), jointly and severally, in the amount of $16,000.00, (Sixteen Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

    Dated: _____, 20\_\_    SO ORDERED,

                                              _____