UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILENA MARIA SANTANA CHALAS,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

LOS CASTILLOS MINI MARKET CORP.
(D/B/A LOS CASTILLO MINI MARKET &
DELI CORP), LOS CHAVALES MINI
MARKET CORP. (D/B/A LOS CHAVALES
MINI MARKET & DELI), ROMAN
SANCHEZ, ANDRES CASTILLO, CARLOS
CASTILLO, JUAN OSORIO, RAMON
RODRIGUEZ, and JULIO PEREZ,

                *Defendants.*
------------------------------------------------------------X

Case 1:19-cv-07406-PGG-SN

**JUDGMENT**

On <u>April 1, 2021</u> Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MILENA MARIA SANTANA CHALAS, have judgment against Defendants LOS CASTILLOS MINI MARKET CORP. (D/B/A LOS CASTILLOS MINI MARKET & DELI CORP., ANDRES CASTILLO, and CARLOS CASTILLO (collectively "Defendants"), jointly and severally, in the amount of $16,000.00, (Sixteen Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: <u>     August 5     </u>, 20<u>21</u>

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge